IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    CASE NO. 4:96CR00043 JMM

BILLY L. WRIGHT

**AMENDED JUDGMENT**

Pending before the Court is defendant's unopposed *pro se* Motion for Early Release From Supervised Release. For good cause shown, the motion is granted (#538). The Judgment in this case is amended to reflect that the defendant Billy L. Wright's supervised release is terminated as of the date of this Amended Judgment.

The Clerk of the Court is directed to provide the United States Marshal and the United States Probation Office with a copy of this Amended Judgment. The Clerk is directed to mail a copy of this Amended Judgment to the defendant at 36 Dallas 330 in Leola, Arkansas 72084.

IT IS SO ORDERED THIS  18  day of   June  , 2008.

James M. Moody
United States District Judge